UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HARRY PERSAUD,

    Plaintiff,

v.                                  Case No.: 6:25-cv-00244-AGM-DCI

BANK OF NEW YORK MELLON, AND/OR ITS SUCCESSORS, INDIVIDUALLY, AND IN THEIR OFFICIAL CAPACITY, AN ENS LEGIS BEING USED TO CONCEAL FRAUD;

    Defendant,

## ORDER

Defendant moves to dismiss (doc. # 23) Plaintiff's Amended Complaint (doc. # 19) on all counts with prejudice. The Magistrate Judge recommended dismissal of Count III of the Amended Complaint with prejudice and dismissal of the remainder of the Amended Complaint without leave to amend. (Doc. # 30).

The deadline for objections has passed. No party objected to the Magistrate Judge's recommendations. Still, this Court reviews the Magistrate Judge's legal conclusions *de novo*. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). Upon *de novo* review, Count III of the Amended Complaint is due to be dismissed with prejudice and the remainder of the Amended Complaint is due to be dismissed without leave to amend, for the reasons the Magistrate Judge stated.

Accordingly, it is now

**ORDERED** and **ADJUDGED** that:

1. The Report and Recommendation (doc. # 30) is **ADOPTED** and made part of this Order;

2. Defendant's Motion to Dismiss (doc. # 23) is **GRANTED** in part;

3. Count III of Plaintiff's Amended Complaint (doc. # 19) is **DISMISSED WITH PREJUDICE**;

4. The remainder of Plaintiff's Amended Complaint (doc. # 19) is **DISMISSED WITHOUT LEAVE TO AMEND**; and

5. The Clerk is directed to terminate any pending motions and **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Orlando, Florida, on December 10, 2025.

ANNE-LEIGH GAYLORD MOE
UNITED STATES DISTRICT JUDGE